IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § § | |
| v. | CRIMINAL NO. 3:22-cr-00264-S-1 |
| CLARENCE CORNELIUS PORT | |

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 15 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy**

**REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE
AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT**

Defendant **CLARENCE CORNELIUS PORT** is charged in a petition with a violation of the terms of his probation. On this date, the United States magistrate judge conducted a revocation hearing. Defendant appeared in person and represented by counsel.

Based on Defendant's plea of true to the allegations in the petition and the evidence and arguments offered at the hearing, the magistrate judge recommends the United States District Judge:

- ☑ find Defendant violated the terms of his probation.
- ☑ revoke Defendant's probation.
- ☑ impose a sentence of imprisonment of __9__ months with a term of __0__ months of supervised release to follow; and
- ☑ _recommend to the BOP that sentence be served at Seagoville._

**SO RECOMMENDED** on 3/15/2023.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

In open court, the magistrate judge informed Defendant that any recommendation of revocation of supervised release, and the imposition of any sentence, is subject to the approval of the United States District Judge, and that Defendant may object to the magistrate judge's recommendation before any additional sentence is imposed.

I, Defendant **CLARENCE CORNELIUS PORT**, hereby

- ☑ waive my right to object to the report and recommendation of the magistrate judge and any right to allocution before the district judge before sentence is imposed.
- ☐ do NOT waive my right to object to the report and recommendation of the magistrate judge and understand that I have 14 days to file written objections.

__3/15/23__
Date

_Clarence Port_
Defendant

_Catalina Huhng_
Defense Counsel

**Consented to by United States**

_____
Assistant U.S. Attorney