# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL ACTION NO. 3:22-CR-264-S |
| CLARENCE CORNELIUS PORT (1) | § § | |

### ORDER ACCEPTING REPORT & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND DEFENDANT'S WAIVER OF RIGHT TO OBJECT

The Court referred the Petition for Person Under Supervision [ECF No. 6] to the United States Magistrate Judge to "conduct a hearing on the alleged violations" contained within and "to make findings and a recommendation for modification, revocation, or termination" of Defendant's term of supervised release. *See* Order, ECF No. 15. The Court received the Report & Recommendation of the United States Magistrate Judge and Defendant's Waiver of Right to Object ("Report & Recommendation") [ECF No. 20] pursuant to its order. Defendant waived his right to object to the Report & Recommendation and his right to allocute before the United States District Judge. *See* Report & Recommendation. The Court is of the opinion that the findings and conclusion of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Report & Recommendation is **ADOPTED** as the opinion and findings of the Court, and Defendant's Supervised Release is **REVOKED**. It is further **ORDERED** that the Defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of nine (9) months with no additional term of Supervised Release to follow. The Court recommends that the Defendant be allowed to serve his sentence at FCI Seagoville, Seagoville, Texas.

**SO ORDERED.**

SIGNED March 17, 2023.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE